

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2021

No. 04-20-00469-CV

**IN THE MATTER OF D.J.S.**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2017JUV00148
Honorable Carlos Quezada Jr., Judge Presiding

## ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. All other pending motions are DISMISSED AS MOOT.

We order that no costs be assessed against appellant because he is indigent.

It is so **ORDERED** on January 27, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2021.

_____
Michael A. Cruz, Clerk of Court